**Fill in this information to identify the case:**

Debtor 1: Cornel Talos

Debtor 2 (Spouse, if filing): ______

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 23-03163

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Truist Bank

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6 9 6 3

**Date of payment change:** Must be at least 21 days after date of this notice: 04 / 01 / 2026

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3*: $ 2195.56

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 776.86 **New escrow payment:** $ 839.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $______ or
- $______

Truist Data Risk Classification: [-Internal-]

Debtor 1 Cornel Talos — Case number (if known) 23-03163

First Name Middle Name Last Name

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ■ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brandon Melton — Digitally signed by /s/ Brandon Melton DN: cn=/s/ Brandon Melton, o=Truist Bank, ou=Bankruptcy, email=brandon.melton@truist.com, c=US Date: 2026.02.18 07:18:32 -05'00'

Signature

Date 2 / 18 / 2026

Print: Brandon T Melton (First Name, Middle Name, Last Name) Title Bankruptcy Processor

Company Truist Bank

Address Bankruptcy Department 306-40-04-95 PO Box 27767 (Number, Street)

Richmond VA 23261 (City, State, ZIP Code)

Contact phone (855) 233-4641 Email MortgageBankruptcy@truist.com

Truist Data Risk Classification: [-Internal-]

**CERTIFICATE OF SERVICE**

I, ___Brandon Melton______________________, do hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change was served by United States mail and/or electronic filing, on 02/18/2026 , addressed as follows:

Debtor:

Cornel Talos
7745 N Nora Ave
Niles, IL 60714

Debtor's Atty:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Trustee:

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

/s/ Brandon Melton

Digitally signed by /s/ Brandon Melton
DN: cn=/s/ Brandon Melton, o=Truist Bank, ou=Bankruptcy, email=brandon.melton@truist.com, c=US
Date: 2026.02.18 07:17:48 -05'00'

Bankruptcy Processor for Truist Bank

**CONTACT US**
Visit us online at **truist.com/myhomeloan**
Learn how escrows work at **truist.com/myescrow**

| | |
|---|---|
| Client Services: | 1-800-634-7928 |
| Monday to Friday: | 8 am to 8 pm ET |
| Saturday: | 9 am to 3 pm ET |

TRUIST

[redacted]
[redacted] CORNEL M TALOS
7745 N NORA AVE
NILES IL 60714-4739
[redacted]

## Annual escrow shortage account disclosure statement

| | |
|---|---|
| Loan Number: | [redacted] |
| Statement prepared date: | 02/06/2026 |
| Review period: | 04/01/25 - 03/31/26 |
| Property address | 7745 N NORA AVE<br>NILES IL 60714 |
| New monthly payment amount | $2,195.56 |
| New payment effective date | 04/01/2026 |

**There's a shortage in your escrow account. Here's what that means.**

When you make a mortgage payment each month, we put a portion of that payment into an escrow account to pay your tax and insurance bills for you. However, Truist can't control how much you will be charged, and these amounts may vary annually — making it difficult to predict escrow perfectly. When your tax and insurance bills go up, it can cause a "shortage" in your escrow account. On the other hand, if your taxes and insurance go down, you may end up with a "surplus."

To stay on top of this, **we review your escrow account at least once a year** to check that we are collecting enough from your monthly payments to cover your bills when they come due. **Following our review, we issue this statement.** Please note,information contained within this statement is accurate as of the Statement Prepared Date above and does not reflect any account activity since that date.

**Your monthly payment is changing, and here is why**.

Your shortage will be spread over the next 24 months. Your monthly escrow amounts will also change based on your current tax and insurance bills. These two changes will increase your monthly mortgage payment.

While all of the details about your escrow account can be found within this document, we know you may still have questions. **Some of your questions may be answered in the FAQ page attached to this statement.** Still have questions? We're here to help. Reach out using

### You have a shortage in your escrow account

The shortage results from a comparison of your required lowest balance to the lowest balance we estimate you would have if no adjustments were made to your escrow account. Check out section 3 on page 2 to see how we arrived at these numbers.

| | Lowest balance amount |
|---|---|
| Projected escrow lowest balance for the coming year | $867.81- |
| Required escrow lowest balance | $0.00 |
| This difference created a shortage in your escrow account | $867.80- |
| **Shortage** spread over 24 months (This amount will be added to your principal and interest amounts) | **$36.16** |

### Effective 04/01/2026, your new monthly mortgage payment will be: $2,195.56

Wondering how all of this impacts your monthly payments? This section breaks it down for you. As you can see, the shortage will be spread over the next 24 months as noted in this table, and your escrow amount will be adjusted to match your tax and insurance bills. Please contact us for other payment options.

| | Current monthly payment | New monthly payment |
|---|---|---|
| Principal and interest | $1,356.10 | $1,356.10 |
| Escrow account deposit | $776.86 | $803.30 |
| Escrow shortage | | $36.16 |
| **Total payment** | **$2,132.96** | **$2,195.56** |

### Your next steps (See the FAQ page of this statement for more details):

[redacted]

**Review your Tax and Insurance Bills:** Please contact us immediately with any changes or updates we are unaware of. For Insurance call 866.515.2139, Monday through Friday from 8 am to 8 pm, ET and Saturday from 9 am to 3 pm, ET. For Tax call 855.728.6903, Monday through Friday from 8 am to 8 pm, CT.

**If there is an Escrow shortage greater than $25:**

- Check out the FAQs attached to this statement if you are interested in alternatives to spreading the shortage over 12 months. You may still have an increase to your monthly payment if your taxes and insurance have changed.
- If you are already signed up for recurring payments online at Truist, your payment will automatically change. If you make payments through another service, you will need to manually adjust your payment with them.

**Avoid surprises:** Visit Truist.com/alerts to sign up for important alerts related to escrows, taxes, and insurance.

## Section 1: Your escrow account history from 04/01/25 to 03/31/26

This is a statement of actual activity in your escrow account shown in comparison to the projections we used from the prior period.

| Month/year | Deposits to escrow (+) Projected | Deposits to escrow (+) Actual | Payments from escrow (-) Projected | Payments from escrow (-) Actual | Description | Escrow balance Projected | Escrow balance Actual |
|---|---|---|---|---|---|---|---|
| Starting balance | | | | | | 0.00 | 550.54- |
| Apr 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 696.38 | 226.32 |
| Apr 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 696.38 | 145.84 |
| May 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 1,392.76 | 922.70 |
| May 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 1,392.76 | 842.22 |
| Jun 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 2,089.14 | 1,619.08 |
| Jun 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 2,089.14 | 1,538.60 |
| Jul 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 2,785.52 | 2,315.46 |
| Jul 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 2,785.52 | 2,234.98 |
| Aug 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 3,481.90 | 3,011.84 |
| Aug 2025 | 0.00 | 0.00 | 3,455.74 | 0.00 * | County Tax | 26.16 | 3,011.84 |
| Aug 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 26.16 | 2,931.36 |
| Sep 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 722.54 | 3,708.22 |
| Sep 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 722.54 | 3,627.74 |
| Oct 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 1,418.92 | 4,404.60 |
| Oct 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 1,418.92 | 4,324.12 |
| Nov 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 2,115.30 | 5,100.98 |
| Nov 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 2,115.30 | 5,020.50 |
| Nov 2025 | 0.00 | 0.00 | 0.00 | 3,135.47 * | County Tax | 2,115.30 | 1,885.03 |
| Dec 2025 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 2,811.68 | 2,661.89 |
| Dec 2025 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 2,811.68 | 2,581.41 |
| Jan 2026 | 776.86 | 776.86 | 80.48 | 0.00 * | Mortgage Ins | 3,508.06 | 3,358.27 |
| Jan 2026 | 0.00 | 0.00 | 0.00 | 80.48 * | Mortgage Ins | 3,508.06 | 3,277.79 |
| Feb 2026 | 776.86 | 776.86 E | 80.48 | 80.48 E | Mortgage Ins | 4,204.44 | 3,974.17 |
| Feb 2026 | 0.00 | 0.00 E | 2,975.82 | 3,537.36 E | County Tax | 1,228.62 | 436.81 |
| Mar 2026 | 776.86 | 776.86 E | 80.48 | 80.48 E | Mortgage Ins | 1,925.00 | 1,133.19 |
| Mar 2026 | 0.00 | 0.00 E | 1,925.00 | 2,001.00 E | Hazard Insurance | 0.00 | 867.81- |
| **Total** | **$9,322.32** | **$9,322.32** | **$9,322.32** | **$9,639.59** | | | |

**E – Indicates the activity has not yet occurred but is estimated to occur as shown**
*** – Indicates a difference between actual activity and projected activity either in the amount or the date; possible reasons stated below**

Your monthly mortgage payment for the prior period was $2,132.96, of which $776.86 was applied to escrow. Last year, we anticipated making payments from your account equaling **$9,322.32**. However, what actually was paid to your tax authority and/or insurance carrier shown under "Actual" column was more than expected. Collecting that difference from you plus adjusting for that increase for the coming year has an impact to your normal monthly payment amount.

Under Federal law, your minimum monthly balance should not exceed 1/6 (or 2 months) of the total projected payments for real estate taxes and hazard insurance from the account, unless your mortgage contract or state law specifies a lower amount. Your required minimum monthly balance for the prior period was $0.00.

## Section 2: A few reasons your projected and actual payment are different

Differences between projected and actual payments to and from your escrow account may create a shortage or surplus in your account. The most common reasons for a difference between your projected escrow lowest balance and your required escrow lowest balance are tax rate and/or assessed value changes, hazard insurance premium or coverage changes. Additional factors are listed below:

Payments

- Monthly payment(s) received earlier or later than expected
- Monthly payment(s) were less than or greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

Real estate taxes

- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/delinquent tax paid
- Tax bill paid earlier or later than expected due to frequency changes
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

Homeowners' Insurance

- Premium changed
- Coverage changed
- Additional premium paid or not paid
- Insurance bill paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

## Section 3: Your estimated escrow account activity over the next 12 months

The chart below is highlighted to show your estimated low balance* over the next 24 months.

- The lowest balance in your escrow account over the next 24 months is estimated to be $867.81- in March, 2027
- Your Minimum Required Balance is $0.00
- The difference between your estimated low balance and your minimum required balance shows your escrow account has a shortage of $867.80

| Month/year | Activity | | Estimated activity | | Escrow account balance Estimated | Escrow account balance Actual |
|---|---|---|---|---|---|---|
| Starting balance | | | | | **867.81- P** | **0.00 R** |
| Apr 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 144.99- | 722.81 |
| May 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 577.83 | 1,445.63 |
| Jun 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 1,300.65 | 2,168.45 |
| Jul 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 2,023.47 | 2,891.27 |
| Aug 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 2,746.29 | 3,614.09 |
| Aug 2026 | Deposit | 0.00 | 3,135.47 | County Tax | 389.18- | 478.62 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 333.64 | 1,201.44 |
| Oct 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 1,056.46 | 1,924.26 |
| Nov 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 1,779.28 | 2,647.08 |
| Dec 2026 | Deposit | 803.30 | 80.48 | Mortgage Ins | 2,502.10 | 3,369.90 |
| Jan 2027 | Deposit | 803.30 | 80.48 | Mortgage Ins | 3,224.92 | 4,092.72 |
| Feb 2027 | Deposit | 803.30 | 80.48 | Mortgage Ins | 3,947.74 | 4,815.54 |
| Feb 2027 | Deposit | 0.00 | 3,537.36 | County Tax | 410.38 | 1,278.18 |
| Mar 2027 | Deposit | 803.30 | 80.48 | Mortgage Ins | 1,133.20 | 2,001.00 |
| **Mar 2027** | Deposit | **0.00** | **2,001.00** | **Hazard Insurance** | **867.80- P** | **0.00 R** |
| **Total** | | **$9,639.60** | **$9,639.59** | | | |

**P – Indicates your projected escrow lowest balance**
**R – Indicates your required escrow lowest balance**

*Escrow lowest balance (cushion): Under Federal law, your minimum monthly balance should not exceed 1/6 (or 2 months) of the total projected payments for real estate taxes and hazard insurance from the account, unless your mortgage contract or state law specifies a lower amount.
We project the lowest balance in your escrow account as of March, 2027 will be $867.81-. The allowable lowest balance in your escrow account should be $0.00, which is equal to no more than 0 months of projected payments for real estate taxes and hazard insurance. This means you have a shortage of $867.80.
Projected payments from escrow for the coming year are based on the last tax and/or insurance bills we received, or information provided to us by your settlement agent or local tax authority.

[redacted]



## Frequently Asked Questions

### How often is my escrow account analyzed? And/or I got an escrow statement less than a year ago. Why am I getting another one?

We analyze your escrows once a year. Sometimes an additional analysis is required due to changes to your escrowed items (Example: Change in insurance or taxes), or terms of your loan (Example: A loan modification). You can also request an analysis if you want your payments adjusted after a change in your insurance or taxes.

### I want to pay my own bills, what do I have to do if I don’t want to escrow?

Typically, your escrow can be waived if you are eligible for that wavier due to adequate amount of equity in your property.

### I signed up for paperless statements, why am I receiving paper escrow statements?

As far as annual escrow statements, our policy is to mail them. We’ll let you know once we’re able to go paperless for escrow statements as well.

### Where can I find copies of my older escrow statements?

You may access up to two years of escrow statements online or via the mobile app. If you need escrow statements that are more than two years old, please call us to request copies.

### Why did my monthly mortgage amount change after this analysis was conducted?

Increases or decreases typically occur when a change occurs in your real estate taxes or your homeowners insurance policies.

- **Hazard Insurance:** Your premium may be different as a result of changes to the type or extent of your insurance coverage, or if your insurance company changed your insurance rate. We encourage you to contact your insurance company or local insurance agent for any questions regarding changes to your hazard insurance premiums.
- **Real Estate Taxes:** Your real estate taxes may be different as a result of your property being reassessed or if the tax rate has changed. Unexpected tax bills for special assessments charged by our local tax office will also impact the amount we collect for your real estate taxes. We encourage you to contact your local tax office for any questions regarding changes to your real estate taxes.

[redacted]

- **New Construction:** Differences may occur with partially assessed real estate tax bills for new construction. Typically, the first tax bill for new property is only for the lot/land. We may have received a bill for the fully assessed value which includes the land and the house.
- **Initial Escrow Deposit:** Escrow is sometimes estimated at loan closing because information may not be available at that time. If the amount collected for the setup of your escrow account was more or less than the actual bills received for real estate taxes and/or insurance premiums, this will cause your monthly mortgage payment to change.

## Shortages: Some answers about handling a shortage

### What payment options are available to pay my shortage in full?

- Shortage can be paid in full 15 days before your new monthly payment change date noted on your escrow statement.
- If you receive paper billing statements, you can simply write in the shortage amount under the “Additional Escrow” field on the billing coupon when sending the mortgage payment in the mail.
- You may also call our Client Services number, 800-634-7928, to make a shortage payment over the phone without any fee.

### If I pay my shortage now, will I keep the monthly mortgage payment I’m used to?

No. and here is why:

- Your payment change includes two things: Shortage in your escrow account, as well as adjustment to your monthly escrow amount going forward. While paying the outstanding escrow shortage reduces the deficit created by increases in tax and/or insurance, Truist still has to adjust the collection amounts needed to keep up with those changes for the coming year.
- However, your monthly mortgage amount will increase less if you pay it in full rather than choosing the 12-month spread. Otherwise, 1/12th of the shortage is added to your principal and interest each month along with the extra funds needed to keep up with those taxes and/or premiums.

### How can I look for ways to manage a shortage in the future rather than waiting once a year?

This is a great question. Keep an eye on changes to your bills for property taxes and homeowner’s insurance:

- Your local tax office and insurance provider should notify you of changes to your bill even though we pay those bills out of your escrow account.
- You can sign on to your account at any time to see the payments made to the tax authority and/or insurance carrier which will reflect changes in the available escrow balance.
- You can also sign up for alerts at Truist.com/signon, to receive notifications whenever we make a payment on your behalf from your escrow account. You can also sign up for an alert that will let you know when an escrow analysis is coming up for your account.
- Prior to the annual analysis, you can fund your escrow account to help avoid a shortage. You can also shop for equal or better coverage with other carriers that could result in reduced premiums for your homeowner’s insurance.

### I have a few more questions. Who can I ask?

First off, thank you for allowing us to play a role in your homeownership journey. We know you’re going to have questions along the way, and we’re happy to help you understand what has changed, and why. Check your email for an escrow snapshot we recently sent. We hope you’ll find it helpful. And if you’d like more information about your escrow account, visit: Truist.com/myescrow or call us at 800-634-7928.